# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MICHAEL DAVIS, JR.,**<br><br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CRIMINAL NO. ELH-20-009** |

...oOo...

### AMENDED MOTION TO UNSEAL SEARCH WARRANTS

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, Paul A. Riley and Lauren E. Perry, Assistant United States Attorneys for said District, moves this Honorable Court to order and direct that the following search warrants, along with their accompanying applications, and affidavits be **UNSEALED** solely as to the (1) Baltimore City State's Attorney's Office; and (2) counsel to Defendant Quintin Merritt, who is charged in Baltimore City Circuit Court:    19-mj-2933-JMC, 19-mj-3936-JMC, 19-mj-3592-JMC, 20-mj-0156-ADC, 20-mj-0154-ADC, and 20-mj-0152-ADC.

In support of this motion, the United States submits that these materials relate to the investigation of one Defendant Michael Davis's co-conspirators, Quintin Merritt, who is charged in Baltimore City Circuit Court and currently detained.    Unsealing of these materials is necessary so that they can be provided to the Assistant State's Attorney prosecuting Mr. Merritt's state case and, in turn, to Mr. Merritt's lawyer in discovery.

Respectfully submitted,

Robert K. Hur
United States Attorney

_____/s/_____
Paul A. Riley
Lauren E. Perry
Assistant United States Attorney

**SO ORDERED**, this _____ day of May, 2020.

_____
**Honorable Ellen L. Hollander**
**United States District Judge**